1  Thomas C. Richardson (State Bar No. 244461)
   trichardson@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
4  Facsimile:  714-546-9035

5  Attorneys for Defendant, PICKY PAM AT THE
   BEACH, LLC

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

11 LARADA SCIENCES, INC., a Delaware       Case No. 8:15-cv-02019 JLS (DFMx)
   corporation; and UNIVERSITY OF
12 UTAH RESEARCH FOUNDATION, a             **NOTICE OF MOTION AND
   Utah nonprofit corporation,             MOTION TO DISMISS PURSUANT
13                                         TO RULE 12(b)(6)**
                   Plaintiff,
14       vs.

15 PICKY PAM AT THE BEACH, LLC, a          Date:   February 26, 2016
   California limited liability company,   Time:   2:30 P.M.
16                                         Ctrm:   10A
                   Defendant.
17                                         **(Filed concurrently with Memorandum
                                           of Points and Authorities; [Proposed]
18                                         Order: Declaration of Thomas C.
                                           Richardson; and Declaration of Pam
19                                         Skinner)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2016, at 2:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10A of the above-captioned Court, located at Santa Ana, California, Defendant PICKY PAM AT THE BEACH, LLC ("Defendant") will move, and hereby does move, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), for an order dismissing, with prejudice, the Complaint (Dkt. # 1) filed by Plaintiffs LARADA SCIENCES, INC.'S, and

UNIVERSITY OF UTAH RESEARCH FOUNDATION'S (collectively, "Plaintiffs") alleging that Defendant has infringed U.S. Patent No. 7,789,902 (the "'902 patent") and U.S. Patent No. 8,162,999 (the "'999 patent") (collectively "the patents-in-suit").

Defendant's Motion is made on the grounds that the Complaint (Dkt. # 1) fails to state a claim upon which relief can be granted because the asserted claims of the patents-in-suit are invalid under 35 U.S.C. § 101 as being directed to patent-ineligible subject matter. This Motion is made pursuant to Fed. Rule Civ. Proc. 12(b)(6) and is based on this Notice, the concurrently filed Memorandum of Points and Authorities, Declaration of Thomas C. Richardson, Declaration of Pam Skinner, and such oral and other documentary evidence and argument as may be presented at the time of the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which occurred on January 19, 2016.

Dated: January 29, 2016

RUTAN & TUCKER, LLP
THOMAS C. RICHARDSON

By: */s/ Thomas C. Richardson*
Thomas C. Richardson
Attorneys for Defendant, PICKY PAM AT THE BEACH, LLC