Richard W. Miller (Admitted PHV)
Terrence M. Jones (SBN 256603)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
424.204.4400 | jonestm@ballardspahr.com

Attorneys for Plaintiffs LARADA SCIENCES, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION

Thomas C. Richardson (SBN 244461)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1937
714.641.5100 | trichardson@rutan.com

Attorneys for Defendant PICKY PAM AT THE BEACH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation; and UNIVERSITY OF UTAH RESEARCH FOUNDATION, a Utah nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PICKY PAM AT THE BEACH, LLC, a California limited liability company,<br><br>Defendant. | Case No. CV15-2019 JLS (DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Josephine L. Staton<br>U.S. District Court Judge |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**—

WHEREAS, on December 12, 2015, Plaintiffs, Larada Sciences, Inc. and the University of Utah Research Foundation ("Plaintiffs"), filed the instant action against Defendant Picky Pam at the Beach, LLC ("Defendant"), alleging infringement of two registered patents relating to methods and devices for eliminating ectoparasites, such as head lice.  [Dkt. No. 1.]

WHEREAS, on January 29, 2016, Defendant filed a motion to dismiss this action in its entirety, requesting that the Court declare the patents-in-suit invalid pursuant to 35 U.S.C. § 101.  [Dkt. No. 15.]

WHEREAS, on February 17, 2016, Plaintiffs opposed Defendant's motion, asserting that the patents-in-suit comprise patentable subject matter.  [Dkt. No. 23.]

WHEREAS, on March 11, 2016, Defendant's motion came on regularly for hearing, after which the Court took the matter under submission.  [Dkt. No. 28.]

PLEASE TAKE NOTICE that Plaintiffs and Defendant have reached an agreement in principle to resolve this matter short of further Court intervention.

NOW THEREFORE, Plaintiffs and Defendant hereby state and declare that they are working diligently to reduce their agreement to writing, and thus, intend to file a joint stipulation of dismissal within twenty-one (21) days following the filing of this Notice.

NOW THEREFORE, Plaintiffs and Defendant respectfully request that the Court reserve ruling on the pending motion such that the parties can finalize their settlement agreement and bring this matter to a close without further burdening the Court.

DATED:  April 1, 2016          BALLARD SPAHR LLP

/s/ TMJ
Terrence M. Jones

Attorneys for Plaintiffs LARADA SCIENCES, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION

DATED:  April 1, 2016          RUTAN & TUCKER, LLP

/s/ TCR
Thomas C. Richardson

Attorneys for Defendant PICKY PAM AT THE BEACH, LLC

2