Richard W. Miller (Admitted PHV)
Terrence M. Jones (SBN 256603)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
424.204.4400 | jonestm@ballardspahr.com

Attorneys for Plaintiffs LARADA
SCIENCES, INC. and UNIVERSITY OF
UTAH RESEARCH FOUNDATION

Thomas C. Richardson (SBN 244461)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1937
714.641.5100 | trichardson@rutan.com

Attorneys for Defendant PICKY PAM
AT THE BEACH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation; and UNIVERSITY OF UTAH RESEARCH FOUNDATION, a Utah nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PICKY PAM AT THE BEACH, LLC, a California limited liability company,<br><br>Defendant. | Case No. CV15-2019 JLS (DFMx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Josephine L. Staton<br>U.S. District Court Judge |

**WHEREAS**, on December 12, 2015, Plaintiffs, Larada Sciences, Inc. and the University of Utah Research Foundation ("Plaintiffs"), filed the instant action against Defendant Picky Pam at the Beach, LLC ("Defendant"), alleging infringement of two registered patents relating to methods and devices for eliminating ectoparasites, such as head lice. [Dkt. No. 1.]

**WHEREAS**, on April 1, 2016, Plaintiffs and Defendant jointly filed a Notice of Settlement advising the Court that they had reached an agreement in principle to resolve this matter short of further judicial intervention. [Dkt. No. 31.]

**WHEREAS**, on April 5, 2016, the Court issued an Order staying this action and removing it from its active caseload pending the parties' consummation of their settlement agreement. [Dkt. No. 32.]

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, by and through their undersigned counsel, as follows:

1. Plaintiffs voluntarily stipulate and agree to dismiss this action in its entirety, with prejudice, as the parties have finalized and executed a settlement agreement in this matter.

2. Plaintiffs and Defendant further stipulate and agree that the Court need not retain jurisdiction over this matter and may close the matter entirely.

3. Plaintiffs and Defendant further stipulate and agree that each party shall bear their own attorneys' fees, expenses, and costs of suit.

/ / /
/ / /

1

| | | |
|---|---|---|
| 1 | DATED: May 25, 2016 | BALLARD SPAHR LLP |
| 2 | | |
| 3 | | /s/ TMJ |
| | | Terrence M. Jones |
| 4 | | |
| | | Attorneys for Plaintiffs LARADA |
| 5 | | SCIENCES, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION |
| 6 | | |
| 7 | | |
| 8 | DATED: May 25, 2016 | RUTAN & TUCKER, LLP |
| 9 | | |
| 10 | | /s/ TCR |
| | | Thomas C. Richardson |
| 11 | | |
| 12 | | Attorneys for Defendant PICKY PAM AT THE BEACH, LLC |

2